```
 1   VENABLE LLP
     Douglas C. Emhoff (SBN 151049)
 2   dcemhoff@venable.com
     Daniel Chammas (SBN 204825)
 3   dchammas@venable.com
     Jennifer Levin (SBN 252420)
 4   jlevin@venable.com
     2049 Century Park East, Suite 2100
 5   Los Angeles, CA  90067
     Telephone:  (310) 229-9900
 6   Facsimile:  (310) 229-9901

 7   Attorneys for Defendants
     BPI SPORTS LLC, BPI SPORTS HOLDING, INC.,
 8   BPI SPORTS HOLDING LLC,
     BRAIN PHARMA LLC, BRAIN PHARMA II LLC,
 9   DEREK ETTINGER, JAMES GRAGE
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT ESKENAZI and CAMDEN BRADY, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>BPI SPORTS LLC, a Florida limited liability company; BPI SPORTS HOLDINGS, INC., a Florida corporation; BPI SPORTS HOLDINGS LLC, a Florida limited liability company; BRIAN PHARMA LLC, a Florida limited liability company; BRIAN PHARMA II LLC, a Florida limited liability company; DEREK ETTINGER, an individual; JAMES GRAGE, an individual; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO.<br>**CV11-10532 JHN (PJW)**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

LA/324992                                              CORPORATE DISCLOSURE STATEMENT

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendants BPI SPORTS LLC, BPI SPORTS HOLDING, INC., BPI SPORTS HOLDING LLC, BRAIN PHARMA LLC, and BRAIN PHARMA II LLC, Florida limited liability companies with its principal place of business in Hollywood, Florida, hereby make the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendants are not publicly-owned companies. Except as set forth below, Defendants do not have parent companies and no publicly-owned company owns 10% or more of Defendants' stock.

Brain Pharma, LLC and BPI Sports Holdings, LLC have an ownership interest in Defendant BPI Sports, LLC.

Dated: December 20, 2011                    VENABLE, LLP

By: _____
Daniel Chammas
Attorneys for Defendants BPI SPORTS LLC, BPI SPORTS HOLDING, INC., BPI SPORTS HOLDING LLC, BRAIN PHARMA LLC, BRAIN PHARMA II LLC, DEREK ETTINGER, JAMES GRAGE