MELISSA MEEKER HARNETT (Bar No. 164309)
  mharnett@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
  gscarlett@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 705-8927

Attorneys for Plaintiffs,
CLINT ESKENAZI and CAMDEN BRADY, individually, and on behalf of all others similarly situated,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DISTRICT

| | |
|---|---|
| CLINT ESKENAZI and CAMDEN BRADY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BPI SPORTS LLC, a Florida limited liability company; BPI SPORTS HOLDINGS, INC., a Florida corporation; BPI SPORTS HOLDINGS LLC, a Florida limited liability company; BRIAN PHARMA LLC, a Florida limited liability company; BRIAN PHARMA II LLC, a Florida limited liability company; DEREK ETTINGER, an individual; JAMES GRAGE, an individual; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. CV11-10532 JHN (PJWx)<br><br>**PUTATIVE CLASS ACTION**<br><br>Assigned to the Honorable Jacqueline H. Nguyen<br>Courtroom 790<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.Civ.P. 41(a)**<br><br>Complaint Filed: 11/10/2011<br>First Amended Complaint Filed: 12/19/2011<br>Case Removed: 12/21/2011 |

1016676.1

1

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) F.R.Civ.P.**

1  Plaintiffs CLINT ESKENAZI and CAMDEN BRADY hereby voluntarily
2  dismiss the above-captioned action, pursuant to Federal Rule of Civil Procedure §
3  41(a), in its entirety and without prejudice.

4

5  DATED: February 9, 2012        **WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
6                                 MELISSA MEEKER HARNETT
                                   GREGORY B. SCARLETT
7

8                                  By: */S/ MELISSA MEEKER HARNETT*
9                                        MELISSA MEEKER HARNETT
                                         Attorneys for Plaintiffs Clint Eskenazi and
10                                       Camden Brady, individually and on behalf of
                                         all others similarly situated

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1016676.1                                   2

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) F.R.Civ.P.**